UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INNOVATIVE FOOD HOLDINGS, INC.; INNOVATIVE GOURMET LLC d/b/a IGOURMET; FOOD INNOVATIONS, INC.; and EVAN J. GRIFFITHS | No. 2:21-cv-1092<br><br>**JURY TRIAL DEMANDED** |
| Plaintiff, | |
| v. | |
| HANOVER INSURANCE COMPANY and ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL

**WHEREAS**, Plaintiffs Innovative Food Holdings, Inc. ("IVFH"), Innovative Gourmet LLC d/b/a iGourmet ("Innovative Gourmet"), Food Innovations, Inc. ("Food Innovations"), and Evan J. Griffiths (collectively, the "Policyholders"), and Defendants Hanover Insurance Company and Allmerica Financial Benefit Insurance Company agree that the Policyholders may voluntarily dismiss the above-captioned action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1);

**IT IS HEREBY AGREED AND STIPULATED BY THE PARTIES THAT**:

1. Policyholders shall voluntarily dismiss the above-captioned action.

2. The dismissal of these allegations and claims is without prejudice to any rights, claims or defenses that the parties may have.

3. The parties agree to toll all applicable limitation periods, including state and federal statutes of limitations and all other time-related defenses for the action, pending resolution of the defense of the underlying litigation identified in the Policyholders' Complaint.

3. The Policyholders may refile the above-captioned action again, if necessary.

REED SMITH LLP


By:    /s/ John N. Ellison
     John N. Ellison (PA 51098)
     Luke E. Debevec (PA 92860)
     Three Logan Square
     1717 Arch Street, Suite 3100
     Philadelphia, PA 19103
     T: (215) 851-8100
     F: (215) 851-1420
     jellison@reedsmith.com
     ldebevec@reedsmith.com

*Counsel for Plaintiffs*


HOUSTON HARBAUGH, P.C.


By:    /s/ Henry M. Sneath
     Henry M. Sneath (PA 40559)
     Christopher M. Jacobs (PA 89092)
     Three Gateway Center
     401 Liberty Avenue, 22nd Floor
     Pittsburgh, PA 15222
     sneathhm@hh-law.com
     jacobscm@hh-law.com

*Counsel for Defendants*